# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

M. M., a minor, by and through her parent and next friend Martina Menn

*Plaintiff(s)*

v.

Daniel Marc Lofaro

*Defendant(s)*

Civil Action No. 3:25-cv-00083-HEH

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Daniel Marc Lofaro
Register Number: 81170-510
FCI Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sharif L. Gray (VSB No. 96221)
THE BROUGHTON LAW FIRM, PLLC
9701 Gayton Road, Suite 12
Henrico, Virginia 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/19/2025

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
PAUL ARTETA, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933 FAX (845) 291-7603

---

United States District Court for the Eastern District of Virginia
State of Virginia, Richmond Division

Docket No.: 25000891
Index No: 3:25-cv-00083-HEH

M.M., a minor, by and through her parent and next friend Martina Menn, Plaintiff

-against-

Daniel Marc Lofaro, Defendant(s)

I, Brian Lasch certify that on 3/11/2025, at approximately 2:15 PM, at:

FCI Otisville
2 Mile Drive
Otisville, NY 10963

service of the within SUMMONS AND COMPLAINT was made upon:

Daniel Marc Lofaro

PERSONAL SERVICE – by delivering to and leaving with Daniel Marc Lofaro personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a Negative reply. The person served is described as: skin color - White, sex - Male, hair color - Brown, height - 6'0", weight - 185, age - 40.

**IN CASE OF ORDER OF PROTECTION SERVICE:**
I asked the person served if they owned or possessed any weapons. They said:

The following attempts at personal service were made:

By: Deputy [signature] #116 Dated: 3/20/25

Sworn and Subscribed to Before Me
This 20th day of March, 2025

[signature]

BRANDY YAHM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6318061
Qualified In Orange County
Commission Expires January 20, 2027

*FORM CPF-03C rev. 12/13/06*