Daniel Lofaro
c/o P.O. Box [1000]
Otisville, New York [10963]

RECEIVED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DATE: April 21st, 2025

TO: Fernando Galindo, clerk
United States District Court
Eastern District of Virgina
c/o 701 E. Broad Street, Suit 3000
Richmond, Virginia 23219-3528

RE: Petition for Protective Order and Petition to File Under Seal.
Case No.: 3:25-cv-00083-RCY

Dear Fernando:

I am writing to file a petition for Protective Order and a Petition to File Under Seal in relation to the above-referenced case, due to "Confidential commercial secrets and private nature of the information relevant to this case." Enclosed, please find the following:

1. Petition for Protective Order and to File Under Seal;
2. Proposed Protective Order;
3. Public Notice of Entry and Special Appearance;

4. An Envelope Marked "Special Cause, In Camera," to be received in chambers Under Seal.

I request that the documents contained in number 4, above, be treated as confidential and filed under seal to protect sensitive information from public disclosure.

Thank you for your attention to this matter.

Sincerely :

By: ______________________

Daniel Lofaro

* This signature here is for Special Deposit and Without Recourse.