IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

M.M., a minor, by and through her parent and next friend Marina Menn,

Plaintiff,

v. case: 3:25CV83 (RCY)

DANIEL MARC LOFARO,

Defendant,

## Petition for Protective Order

Now Comes Daniel of the family Lofaro, on a ministerial special restrictive appearance in and on behalf of the defendant, hereby Petitions this Court for a Protective Order to prevent the disclosure of certain information that is deemed confidential and a commercial secret.

Specifically, the petitioner requests the documents inside the attached envelope marked "Special Cause, In Camera" to have filed Under Seal.

Also, the Petitioner asks this Court to Seal any additional documents that it sees appropriate.

Accordingly, the petitioner requests that the Court grant this petition for a Protective Order and allow the filing of the above-described documents under seal and seal any additional filings that the Court sees appropriate.

By: ______________________

Daniel Lofaro, Authorized Representative for the Defendant. By the Grace of God.