IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Divison

M.M., a minor, by and through her
parent and next friend Marina Menn,

Plaintiff,

case No.: 3:25CV83 (RCY)

v.

DANIEL MARC LOFARO,

Defendant

**PROTECTIVE ORDER**

Upon consideration of the Petition for Protective Order filed by the defendant, the Court finds as follows:

1. The petitioner has petitioned for the Court to Seal documents related to a Special Cause, which is identified as commercial trade secrets.

It is therefore ORDERED that:

a. The documents within the envelope submitted by the petitioner marked "Special Cause, In Camera/In Chambers" shall be filed under seal;

b. The documents filed under seal shall remain confidential and shall not be made available to the public or anyone except the court;

c. Any request to allow disclosure of any of the sealed documents shall be made in writing to the Court.

So ORDERED