IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

M.M., a minor, by and through her parent and next friend Marina Menn,

Plaintiff,

v.

Case No.: 3:25CV83 (RCY)

DANIEL MARC LOFARO,
Defendant,

**Public Notice of Entry and Special Appearance**

Notice to all Public Officers/Employees and Assessment agents of the UNITED STATES, COMMONWEALTH OF VIRGINIA, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, to include any and All Judges and/or any person, individual, official, attorney, and/or barrister connected to and involved in hearing the assessment related to the above referenced case/matter; and are:

Now publicly noticed of entry of Lofaro, Daniel, appearing specifically, not generally, in and on behalf of Defendant.

Witness My Hand and Seal Below
all rights unalienable,
without recourse

By: ______________________
Daniel Lofaro, by the
Grace of God.