# Certificate of Service

I Daniel Lofaro, certify that on the 8th day of May, 2025, the Motion to Dismiss with Prejudice and Petition for Protective Order and to file Under Seal have been mailed to:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219

Through certified mail # 9589 0710 5270 1820 268677.

A copy was sent to:

Sharif Gray
The Broughton Law Firm, PLLC
9701 Gayton Road, Suite 12
Henrico, Virginia 23238

Through certified mail # 9589 0710 5270 1820 1972 12

By: [signature]
Daniel Lofaro.