IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

M.M., a minor, by and through her parent and next friend Marina Menn,

Plaintiff,

v.

DANIEL MARC LOFARO,

Defendant,

3:25CV83 (RCY)

## MOTION TO DISMISS WITH PREJUDICE

Now Comes Daniel of the family Lofaro, on a ministerial appearance as the flesh and blood live man, an heir beneficiary without the protection or defense of an executor, trustee, personal representative, or administrator of the decedent's legal estate, a private Virginian of the union states, by the authority of the First Article of amendment (A.D. 1791) to the Constitution for the united States of America, to petition this court to dismiss the above-referenced Complaint on the following grounds:

1. The complaint against DANIEL MARC LOFARO, a legal person and misnomer was delivered into my hand on or around March eleventh, year two thousand and twenty-five. As a prudent man who fears that ignoring the Instrument might well result in coercive procedures being used against him, I have chosen to approach this court with this petition in an abundance of caution in a limited restricted ministerial duty to investigate, having been put on inquiry that the court discharge all obligations/ Presentments/Bonds/Fees/Taxes/Titles to extinguish the Debt and

Settle the Instrument styled as "Complaint" as it cannot in its present form further destroy my primary protected inalienable rights endowed by God to me, damaged by these current military jurisdiction proceedings.

2. That the paper was delivered to me is evidence that this is a case of misnomer or mistaken identity. The instrument is against a juristic person, "DANIEL MARC LOFARO," for which I am but an agent without recourse to the LOFARO, DANIEL MARC; Pennsylvania's principles estate. My given, Christian name is "Daniel," my common name "Marc"--I have no middle name and a middle name is not recognized in law--with the initial letters capitalized as required by Rules of English Grammar for the writing of the names of natural persons. My patronymic, family name or surname is "Lofaro," with the initial letter capitalized. The complaint does not name me as a Party, nor does this complaint identify what mode of acquiring jurisdiction, nor does it state the Nature and Cause of the accusation with regard to the elements of personal jurisdiction, venue and nature of the action alleged.

3. I do not consent to contract with this court in my name, or that of a misnomer, or of an artificial decedent's legal estate and I notice this court that I am not the trustee nor primarily liable for the artificial entity named in your instrument/ documents.

4. I am not the surety nor secondarily liable for DANIEL MARC LOFARO, AND ALL VARIATIONS, etc., created by the COMMONWEALTH OF PENNSYLVANIA. I am not the primarily liable surety for case/ account: 3:25-cv-00083-RCY. However, if UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA made me liable in any way this shall also serve as my notice of demand for exoneration, and if my private property is threatened in any way this shall also serve as a notice of any private right to subrogation and substitution by a private civilian Virginian against all the court's assets pro tanto in a civilian due process proceeding.

5. The petitioner's first instance Petition For Abatement was to notice this court (ECF No. 6), and to provide the complainant an opportunity if such complainant has any claim against me, it can

bring a complaint against my Christian name, in a court of law, by placing an affidavit of a live injured party on the record of the court, to invoke a civilian due process jurisdiction of the Court under Article III, Section 2, Subsection 1, of the Constitution of the United States of America. My initial petition for Abatement would have made it possible for the complainant to issue a corrected writ, which is the primary purpose of matters in abatement. However, the complainant failed to respond to the Petitioner's abatement, proceeding to motion the court for a default judgment without properly addressing the petitioner's abatement, and acting in bad-faith as if the petitioner did not respond to this instant Complaint, stating that "Defendant... or otherwise respond within 21 days of service of the summons..., and Defendant has failed to respond." (See ECF No. 9 at 1.)

6. In accordance with Article 6, Section 3 of the Constitution for the United States of America, I also accept all court officers' oath to uphold, preserve, protect, and defend the Constitution of the United States of America. Because of this oath, that you Roderick C. Young entered into voluntarily, I must receive constitutional civilian due process, protecting my rights to life, liberty, private property, and all rights endowed by God. As a private civilian, I am not subject to the Trading With the Enemy Act as amended by the Emergency Banking Relief Act of 1933, but the Court is charged with sole exclusive duty to protect me and my property and civilian due process protections of the written Constitution.

7. As there is no evidence on the papers delivered to me, and returned to you, that I will be receiving civilian due process of law in existing proceeding, I am only doing the honorable thing to accept these papers for value and accept Roderick C. Young as the accommodation party and fiduciary in this entire matter, and as my fiduciary:
   * I therefore order you to dismiss this military jurisdiction proceeding with prejudice.
   * I release and discharge you from all military obligations to give military process.

* I have provided all the accepted instruments for you to discharge all obligations/Presentments/Bonds/Fees/Taxes/Titles to extinguish the debt and settle the Instrument styled as "Complaint."
* I indemnify all officers of the court for not giving military process and accept all officers' oaths to the Constitution on special deposit.

Witness My Hand and Seal Below
all rights unalienable, without
recourse

By: ______________________________
Daniel Lofaro, by the Grace
of God.




# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia




05/07-2025

M. M., a minor, by and through her parent and next friend Martina Menn

*Plaintiff(s)*

v.

Daniel Marc Lofaro

*Defendant(s)*

Civil Action No. 3:25-cv-00083-HEH

Accepted for Value by Grantee
Exempt from Levy
Returned for Valuable Consideration by Grantor
Pay to Order United States Treasury - Special Deposit
Exemption ID# 190644007
For Credit to: THE BROUGHTON LAW FIRM, PLLC
In the Amount of: $500,000.00 (Five Hundred Thousand and zero dollars)
And charge the same to: FERNANDO GALINDO, Clerk for case# 3:25-CV-00083-RCY
For Accommodation

ORANGE COUNTY SHERIFF'S OFFICE RECEIVED
25 MAY -5 13 : 08

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Marc Lofaro
Register Number: 81170-510
FCI Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

By Order of: DANIEL MARC LAFARO
By: Daniel Marc of the family Lafaro, by the Grace of God
Authorized Representative for DANIEL MARK LAFARO, Estate & Trust

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sharif L. Gray (VSB No. 96221)
THE BROUGHTON LAW FIRM, PLLC
9701 Gayton Road, Suite 12
Henrico, Virginia 23238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/19/2025

*Signature of Clerk or Deputy Clerk*

It is Ordered: Discharge all Obligations/Presentments/Bonds/Fees Taxes/Titles for full Settlement and Closure of Account/Case#: 3:25-CV-00083-RCY

By: Daniel Marc of the Family Lafaro, by the Grace of God

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| M.M., a minor, by and through her parent and next friend, MARTINA MENN, | ) | |
| Plaintiff, | ) | Case No. |
| v. | ) | |
| DANIEL MARC LOFARO, | ) | |
| Defendant. | ) | |

SHERIFF'S OFFICE
RECEIVED
25 MAR -5 13 08

**COMPLAINT**

Comes Now Plaintiff Martina Menn (the "Plaintiff"), by and through counsel, as the natural parent and guardian of M.M., a minor child (the "Child"), for the Complaint against Defendant Daniel Marc Lofaro ("the Defendant"), and states as follows:

1. The Plaintiff and Child are residents of the Country of Germany.

2. The Defendant is a resident of Virginia and is currently being held in Federal Correctional Facility Lewisburg with inmate Register Number: 81170-510.

3. This Court has jurisdiction in that this case invokes claims based on federal law.

4. Venue is proper in this Court in that a substantial amount of the conduct described herein occurred in the Eastern District of Virginia.

5. The Child is currently under the age of 21.

6. At all times herein, the Defendant was over the age of 21.

7. The Defendant and the Child met via Snapchat beginning in late November 2021, when the Child was a minor child and under the age of consent for sexual interactions.

8. From late November 2021 to 2022, the Defendant engaged in an illegal and inappropriate sexual relationship with the Child, who was and still is a minor child.

9. During this time, the Defendant produced, solicited, demanded, and/or possessed numerous images and/or videos of child pornography (as defined in 18 USC § 2556), which were depictions of the Child in a lascivious display of her genitals, engaging in sexually explicit conduct, and/or were visual depictions of a minor (the Child) engaging in sexually explicit conduct.

10. The Defendant was prosecuted for the child pornography in the United States District Court for the Eastern District of Virginia (*see United States of America v. Daniel Marc Lofaro*, Case Number 1:23-cr-156). Specifically:

a. On October 5, 2023, the Defendant was indicted for crimes against the Child, including the child pornography offenses;

b. On December 7, 2023, the Defendant was indicted for crimes against the Child, including the child pornography offenses, in a Superseding Indictment;

c. On May 1, 2024, the Defendant entered into a Plea Agreement and pled guilty to child pornography offenses in which the Child was the victim; and

d. On July 24, 2024, the Defendant was sentenced to 25 years in the Federal Bureau of Prisons.

11. In that the Defendant admitted the conduct in a related proceeding and admitted to such conduct under oath, the Defendant is estopped from denying it.

**COUNT I**
**Violation of 18 U.S.C. §§ 2422(b), 2252(a)(2) and (b)(1), & 2252(a)(4)(B) and (b)(2) brought pursuant to 18 U.S.C. § 2255**

12. Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated herein.

13. Plaintiff brings a claim under 18 U.S.C. § 2255 against the Defendant due to the Defendant's violation of 18 U.S.C. § 2422 and/or 18 U.S.C. § 2252, more specifically, 18 U.S.C. §§ 2422(b), 2252(a)(2) and (b)(1), & 2252(a)(4)(B) and (b)(2).

14. 18 U.S.C. § 2422 and/or 18 U.S.C. § 2252 were enacted to prevent and criminalize the sexual exploitation of minors.

15. 18 U.S.C. § 2422 criminalizes the sexual exploitation of minors through means of coercion and/or enticement and/or the use of interstate commerce.

16. 18 U.S.C. § 2252 criminalizes receiving, distributing, and/or possession of child pornography using facilities and/or means of interstate commerce.

17. The Defendant solicited, enticed, and/or coerced the Child to send him sexually explicit pictures of herself.

18. The Defendant utilized a cellular phone, internet, and/or means of interstate commerce in order to effectuate the conduct.

19. 18 U.S.C. § 2255 provides victims of violations of 18 U.S.C. § 2422 and/or 18 U.S.C. § 2252, such as the Child, a civil remedy and right to bring a civil action for personal injury, including damages, reasonable attorneys' fees, costs incurred pursuing this action, and punitive damages.

20. The Child was the victim of the Defendant's violations of 18 U.S.C. § 2422 and/or 18 U.S.C. § 2252.

21. As a direct and proximate cause of the Defendant's violations of 18 U.S.C. §§ 2422 & 2252, the Child suffered, and continues to suffer, injuries including, without limitation, emotional distress, psychological trauma, embarrassment, anxiety, post-traumatic stress disorder, and/or mortification.

22. As a direct and proximate cause of the Defendant's conduct, the Child has suffered damages, and will continue to suffer damages, including emotional distress, humiliation, anxiety, embarrassment, and fear.

23. Plaintiff is entitled to an award of reasonable attorneys' fees.

24. The Defendant's conduct warrants an award of punitive damages.

Wherefore, Plaintiff prays this Court enter judgment in favor of Plaintiff and against the Defendant and award Plaintiff an award of monetary damages of no less than $150,000.00 pursuant to 18 U.S.C. § 2255(a), punitive damages pursuant to 18 U.S.C. § 2255(a), attorneys' fees pursuant to 18 U.S.C. § 2255(a), costs incurred pursuing this action, interest as allowed by law, and such other and further relief as this Court deems just and proper.

A TRIAL BY JURY IS DEMANDED.

M.M., a minor, by and through her parent
and next friend, MARTINA MENN

By: /s/ Sharif L. Gray
Counsel

Sharif L. Gray (VSB No. 96221)
Gray B. Broughton (VSB No. 46692)
THE BROUGHTON LAW FIRM, PLLC
9701 Gayton Road, Suite 12
Henrico, Virginia 23238
Direct: (804) 613-3800
Fax: (804) 250-5069
sharif@graybroughton.com
gray@graybroughton.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
M.M., a minor, by and through her parent and next friend, MARTINA MENN

**DEFENDANTS**
DANIEL MARC LOFARO

**(b)** County of Residence of First Listed Plaintiff: Germany
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: United States
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sharif L. Gray (VSB No. 96221), THE BROUGHTON LAW FIRM, PLLC, 9701 Gayton Road, Suite 12 Henrico, Virginia 23238, Direct: (804) 613-3800

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 2255

Brief description of cause:
Civil remedy for personal injuries

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: Feb 5, 2025

SIGNATURE OF ATTORNEY OF RECORD: Sharif L. Gray

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Case 3:25-cv-00083-RCY Document 8 Filed 04/04/25 Page 1 of 2 PageID# 34

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

M.M., *a minor, by and through her parent and next friend Martina Menn,*
Plaintiff,

v.

DANIEL MARC LOFARO,
Defendant.

Civil Action No. 3:25CV83 (RCY)

**MEMORANDUM ORDER**

This matter is before the Court on Defendant Lofaro's Petition for Abatement (ECF No. 6). Plaintiff filed her Complaint on February 5, 2025 (ECF No. 1). On March 11, 2025, Defendant was served with the same (ECF No. 4). On March 25, 2025, Defendant, proceeding *pro se*, filed the instant Petition for Abatement (ECF No. 6).

In the Petition, Defendant asks the Court to abate Plaintiff's Complaint based on the doctrine of *idem sonans*. Specifically, Defendant argues that, by spelling his name in all capital letters, Plaintiff's Complaint misidentifies Defendant and is therefore void.[1]

After the adoption of the Federal Rules of Civil Procedure, the common law abatement procedure is no longer a recognized method of challenging the propriety of a plaintiff's complaint. *Abatement*, Legal Information Institute, https://www.law.cornell.edu/wex/abatement. Moreover, courts have universally rejected the argument that the use of all capital letters in spelling a litigant's name alters its meaning. *United States v. Denham*, 2008 WL 5663925, at *5 (W.D. Mo. Oct. 9, 2008) (rejecting defendant's argument that because his name was in all capital letters on the

[1] Defendant misunderstands the application of *idem sonans*. In fact, the doctrine stands for the proposition that a legal document is valid "despite the minor misspelling of a name or minor misidentification of a party." *Idem Sonans*, Merriam-Webster Legal Dictionary.

summons, he was not subject to it); *Adams v. City of Marshall*, 2005 WL 2739029, at *1 (W.D. Mich. Oct. 24, 2005) (holding that use of all capital letters in the caption of court documents "is a typographical convention without legal significance" (quoting *United States v. Heijnen*, 375 F. Supp. 2d 1229, 1231 (D.N.M. 2005)); *Cavazos v. Citibank, N.A.*, 2005 WL 1366179, *3 (Tex. App. Jun. 9, 2005) (rejecting appellant's argument as "gobbledygook" that Citibank had no valid judgment against him as a human being since his name was spelled on the pleadings in all capital letters). Finally, even if the use of capital letters did amount to a misspelling of Defendant's name, such an insignificant alteration does not prejudice Defendant. *Brown v. Charlotte Rentals LLC*, 2015 WL 4557368, at *4 (W.D.N.C. July 28, 2015) (finding that the improper pluralization of a defendant's name did render process insufficient since the complaint "alert[ed] Defendants of the pendency of the action" and provided actual notice of the action's nature).

As such, Defendant's Petition (ECF No. 6) is DENIED as both unfounded and an improper and unrecognized pleading. Defendant is DIRECTED to file a proper responsive pleading, seek any extension as may be needed for the same, or face entry of default.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: April 4, 2025
Richmond, Virginia

05-07-2025



# Certificate of Service

I, Daniel Lofaro, certify that on the 8th day of May, 2025, the presentment Accepted for Value for case/account 3:25-cv-00083-RCY, have been mailed to:

Roderick C. Young, Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219

Through certified mail # 9589 0710 5270 1820 268677.

A copy was sent to:

Scott Bessent, Secretary of Treasury
U.S. Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Through certified mail # 9589 0710 5270 1820 2691 48.

By: [signature]
Daniel Lofaro.