IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| M.M., *a minor, by and through her parent and next friend Martina Menn*, Plaintiff, | |
| v. | Civil Action No. 3:25CV83 (RCY) |
| DANIEL MARC LOFARO, Defendant. | |

**ORDER**

This matter is before the Court on Defendant Daniel Marc Lofaro's Motion to Dismiss (ECF No. 12). Therein, Defendant argues that the Complaint must be dismissed against him because the Complaint spells his name in all capital letters. Defendant also attempts to order the undersigned to "dismiss this military jurisdiction proceeding with prejudice."

As the Court has already explained, "courts have universally rejected the argument that the use of all capital letters in spelling a litigant's name alters its meaning." Order, ECF No. 8 (collecting cases). Moreover, this is not a military jurisdiction proceeding, and Defendant lacks the authority to order the undersigned to dismiss the matter against him. As such, Defendant fails to articulate a basis for dismissal. Thus, the Motion to Dismiss (ECF No. 12) is DENIED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Defendant, who is proceeding *pro se*.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: July 15, 2025
Richmond, Virginia